```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────

**BRYAN LIM-TOM,**

                **Plaintiff,**            20-cv-1682 (JGK)

       - against -                <u>ORDER</u>

**CARLAY GAS HEAT CORP.,**

                **Defendant.**

─────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The docket reflects that service of the summons and complaint was made on the defendant but that no responsive pleading has been filed. The parties should advise the Court by May 6, 2020 as to the status of this case.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **April 23, 2020**        __/s/ John G. Koeltl_____
                                             **John G. Koeltl**
                                  **United States District Judge**