**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────────

**BRYAN LIM-TOM,**

               Plaintiff,          20-cv-1682 (JGK)

    - against -               <u>ORDER</u>

**CARLAY GAS HEAT CORP.,**

               Defendant.
────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The parties should submit a Rule 26(f) report by **June 17, 2020.**

**SO ORDERED.**

**Dated:**    **New York, New York**
            **June 3, 2020**              ___/s/ John G. Koeltl_____
                                                     **John G. Koeltl**
                                        **United States District Judge**