# JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4020 Direct
(212) 972-3213 Fax

jacksonlewis.com

DIRECT DIAL: (212) 545-4045
EMAIL ADDRESS: ADAM.GROSS@JACKSONLEWIS.COM

December 23, 2020

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
500 Pearl Street
United States Courthouse, Southern District of New York
New York, NY 10007

Re:   Lim-Tom v. Carlay Gas Heat Corp.
      Case No. 1:20-cv-01682 (JGK)

Dear Judge Koeltl:

We represent Defendant Carlay Gas Heat Corp in the above-reference matter. We write to request that the deadline to submit the FLSA settlement for judicial review be extended from December 24, 2020 until January 8, 2021.

The Parties have reached an agreement to settle in principle. However, due to the holidays and shifting schedules, our client is still reviewing the draft agreement and we have been unable to contact Plaintiff's counsel. This is Defendant's second request for an extension of this deadline. We reached out to Plaintiff's counsel regarding his consent to this request and have not received a response, as such Plaintiff neither consents nor objects to this request.

We thank the Court for its courtesy and attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C

*/s Adam S. Gross*
Adam S. Gross

cc:   Abdul K. Hassan, Esq. (via ECF)

4817-7271-8549, v. 1

---

Application granted.

SO ORDERED.

New York, New York          /s/ John G. Koeltl
December 23, 2020           John G. Koeltl
                            U.S.D.J.